**Dismissed and Memorandum Opinion filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00308-CR

**MONIQUE MCMILLIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1351035**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was placed on deferred adjudication probation for a period of two years for the offense of possession of less than one gram of cocaine. The order of deferred adjudication was entered on July 30, 2012. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until March 28, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(2). A notice of appeal that complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).